DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BARBARA MAZZOLA,**
Appellant,

v.

**EDWARD MAZZOLA,**
Appellee.

No. 4D18-784

[February 28, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Roger B. Colton, Senior Judge; L.T. Case No. 50-2005-DR-005039-XXXX-MB.

Deanna V. Shuler of Deanna V. Shuler, P.A., Palm Beach Gardens, and Kathryn M. Beamer of Kathryn M. Beamer, P.A., North Palm Beach, for appellant.

Peggy Rowe-Linn of Peggy Rowe-Linn, P.A., West Palm Beach, and James D. Tittle of Tittle, Kairalla & Logan, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***